AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
## District of Columbia

**RECEIVED**
By US Marshals DC District Court at 3:34 pm, Aug 13, 2025

United States of America
v.
Sean Charles Dunn

*Defendant*

)
)
) Case: 1:25-mj-00138
) Assigned To : Upadhyaya, Moxila A.
) Assign. Date : 8/13/2025
) Description: COMPLAINT W/ARREST WARRANT
)

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Sean Charles Dunn     ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1) (Assaulting, resisting, or impeding certain officers and employees of the United States).

Date: 08/13/2025

*Issuing officer's signature*

City and state:     Washington, D.C.     Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 08/13/2025, and the person was arrested on *(date)* 08/13/2025
at *(city and state)* Washington D.C.

Date: 08/14/2025

*Arresting officer's signature*

K. McBride     DUSM
*Printed name and title*